NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____

| | |
|---|---|
| WEINGRAM & ASSOCIATES, P.C., | |
| Plaintiff, | Civil Action No. 10-2362 (SDW) |
| v. | |
| JOSEPH GRAYZEL, M.D., | **ORDER** |
| Defendant/Counterclaimant, | |
| v. | January 8, 2013 |
| WEINGRAM & ASSOCIATES, P.C., EDWARD WEINGRAM, ESQ., JOHN DOE 1-20 (fictitious names for real parties), | |
| Counterclaim Defendants. | |

_____

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

This matter comes before this Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline Cox Arleo ("Magistrate Judge Arleo"), filed on December 20, 2012. No objections have been filed to the R&R.

On December 12, 2012, an Order to Show Cause hearing was held before Magistrate Judge Arleo.

This Court has reviewed the reasons set forth on the record by Magistrate Judge Arleo, the R&R, and the other documents on file in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Magistrate Judge Arleo, filed on December 20, 2012 is **ADOPTED** as the conclusions of law of this Court.

The cross motion of defendant Dr. Joseph Grayzel to remand this matter to the Superior Court of New Jersey is **GRANTED**.

**SO ORDERED.**

                                                s/Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:    Judge Arleo
       Parties