NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WEINGRAM & ASSOCIATES, P.C.,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH GRAYZEL, M.D.,<br><br>Defendant/Counterclaimant,<br><br>v.<br><br>WEINGRAM & ASSOCIATES, P.C.,<br>EDWARD WEINGRAM, ESQ., JOHN<br>DOE 1-20 (fictitious names for real parties),<br><br>Counterclaim Defendants. | Civil Action No. 10-2362 (SDW)<br><br>**ORDER**<br><br>February 25, 2013 |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION
### OF THE MAGISTRATE JUDGE

This matter comes before this Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline Cox Arleo ("Magistrate Judge Arleo"), filed on December 20, 2012. On December 12, 2012, an Order to Show Cause hearing was held before Magistrate Judge Arleo. On January 14, 2013, objections were filed, and on January 18, 2013, the objections were supplemented.[1]

This Court has reviewed the reasons set forth on the record by Magistrate Judge Arleo, the R&R, and the other documents on file in this matter. Based on the foregoing, and for the reasons set

forth in this Court's Opinion dated February 25, 2013, it is hereby

**ORDERED** that the R&R of Magistrate Judge Arleo, filed on December 20, 2012 is **ADOPTED** as the conclusions of law of this Court.

The cross motion of defendant Dr. Joseph Grayzel to remand this matter to the Superior Court of New Jersey is **GRANTED**.

**SO ORDERED.**

s/Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:     Judge Arleo
        Parties

---

[1] On February 22, 2013, after this Court completed its review, these objections were withdrawn. (Dkt. No. 99.)